# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MODDHA INTERACTIVE, INC.    v.    PHILIPS ELECTRONICS

No. 15-2048

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: MODDHA INTERACTIVE, INC.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: RANDALL K. SCHMITT
Law Firm: McCorriston Miller Mukai MacKinnon LLP
Address: Five Waterfront Plaza, 4th Floor, 500 Ala Moana Boulevard
City, State and Zip: Honolulu, Hawaii 96813
Telephone: (808) 529-7422
Fax #: (808) 535-8018
E-mail address: schmitt@m4law.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 10/6/2015    Signature of pro se or counsel /s/ Randall K. Schmitt

cc: All Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  October 6, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Randall K. Schmitt | /s/ Randall K. Schmitt |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | McCorriston Miller Mukai MacKinnon LLP |
| Address | Five Waterfront Plaza, 4th Floor, 500 Ala Moana Boulevard |
| City, State, Zip | Honolulu, Hawaii 96813 |
| Telephone Number | (808) 529-7422 |
| Fax Number | (808) 535-8018 |
| E-Mail Address | schmitt@m4law.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields