FORM 8. Entry of Appearance                                                                 Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MODDHA INTERACTIVE, INC.    v.    PHILIPS ELECTRONICS

No. 15-2048

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:  MODDHA INTERACTIVE, INC.
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name:               JESSICA M. WAN
Law Firm:           McCorriston Miller Mukai MacKinnon LLP
Address:            Five Waterfront Plaza, 4th Floor, 500 Ala Moana Boulevard
City, State and Zip: Honolulu, Hawaii 96813
Telephone:          (808) 529-7300
Fax #:              (808) 524-8293
E-mail address:     wan@m4law.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
    ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  10/14/15           Signature of pro se or counsel  /s/ Jessica M. Wan

cc:    All Counsel of Record

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on October 14, 2015 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| JESSICA M. WAN | /s/ Jessica M. Wan |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | McCorriston Miller Mukai MacKinnon LLP |
| Address | Five Waterfront Plaza, 4th Floor, 500 Ala Moana Boulevard |
| City, State, Zip | Honolulu, Hawaii 96813 |
| Telephone Number | (808) 529-7300 |
| Fax Number | (808) 524-8293 |
| E-Mail Address | wan@m4law.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields